1  Teresa S. Renaker – CA State Bar No. 187800
   trenaker@lewisfeinberg.com
2  Lindsay Nako – CA State Bar No. 239090
   lnako@lewisfeinberg.com
3  Julie Wilensky – CA State Bar No. 271765
   jwilensky@lewisfeinberg.com
4  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   476 9th Street
5  Oakland, CA  94607
   Telephone: (510) 839-6824
6  Facsimile: (510) 839-7839

7  J. TIMOTHY NARDELL – CA State Bar No. 184444
   tim@ncalegal.com
8  NARDELL CHITSAZ & ASSOCIATES LLP
   790 Mission Avenue
9  San Rafael, CA  94901
   Telephone: (415) 485-2200
10 Facsimilie: (415) 457-1420

11 Attorneys for Plaintiffs MARIO L. ORSOLINI
   and ANDREW M. LEVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIO L. ORSOLINI and ANDREW M. LEVINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEAD CLARK LUMBER CO. AKA MEAD CLARK LUMBER COMPANY, INC. and RANDAL J. DESTRUEL,<br><br>    Defendants. | Case No. C10-04478 SBA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REVISING CASE MANAGEMENT DEADLINES** |

This Stipulation is made by and between Plaintiffs Mario L. Orsolini and Andrew M. Levine ("Plaintiffs") and Defendants Mead Clark Lumber Co. AKA Mead Clark Lumber Company, Inc., and Randal J. Destruel ("Defendants"), by and through their respective counsel of record, with respect to the following facts:

WHEREAS, on January 24, 2011, the Court issued a Case Management Scheduling

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND REVISING CASE MANAGEMENT DEADLINES
CASE NO. C10-04478 SBA

1  Order (Docket No. 9);

2  WHEREAS, the Court's Case Management Scheduling Order states that the initial
3  Case Management Conference is scheduled for February 16, 2011, at 2:45 pm;

4  WHEREAS, counsel for Plaintiffs and counsel for Defendants will be traveling to
5  Savannah, Georgia on February 16, 2011 and will not be available to participate in a
6  telephone conference at 2:45 p.m. Pacific Time;

7  WHEREAS, counsel for Plaintiffs have confirmed that the Court is available for a
8  Case Management Conference on March 2, 2011, at 3:45 p.m.;

9  NOW, THEREFORE, the parties to this action, by and through their undersigned
10 attorneys, hereby stipulate as follows:

11  A.  The parties shall confer, pursuant to Fed. R. Civ. P. 26(f), no later than
12      February 9, 2011;

13  C.  Pursuant to this Court's Standing Order for Civil Cases, the parties' Joint
14      Case Management Statement shall be filed no later than February 18, 2011;

15  D.  The parties shall exchange their initial disclosures, pursuant to Fed. R. Civ. P.
16      26(a), no later than February 23, 2011;

17  E.  The Case Management Conference shall be scheduled for March 3, 2011, at
18      3:45 p.m. The parties shall **meet and confer** prior to the conference and shall
19      prepare a joint Case Management Conference Statement which shall be filed
20      no later than ten (10) days prior to the Case Management Conference that
21      complies with the Standing Order For All Judges Of The Northern District Of
22      California and the Standing Order of this Court. Plaintiffs shall be
23      responsible for filing the statement as well as for arranging the conference
24      call. All parties shall be on the line and shall call (510) 637-3559 at the above
25      indicated date and time.

26
   The parties hereby so stipulate, and respectfully request that the Court so order.
27

28
   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
   CONFERENCE AND REVISING CASE MANAGEMENT DEADLINES
   CASE NO. C10-04478 SBA                                             PAGE 2

| | | |
|---|---|---|
| Dated: January 26, 2011 | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | By: | /s/ Julie Wilensky |
| | | Teresa S. Renaker |
| | | Lindsay Nako |
| | | Julie Wilensky |

| | | |
|---|---|---|
| Dated: January 26, 2011 | | NARDELL CHITSAZ & ASSOCIATES LLP |
| | By: | /s/ J. Timothy Nardell |
| | | J. Timothy Nardell |

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Dated: January 26, 2011 | | TRUCKER HUSS, P.C. |
| | By: | /s/ R. Bradford Huss |
| | | R. Bradford Huss |
| | | Virginia H. Perkins |

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

          HONORABLE SAUNDRA BROWN ARMSTRONG
          UNITED STATES DISTRICT COURT JUDGE
          NORTHERN DISTRICT OF CALIFORNIA

## **ATTESTATION**

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

| | | |
|---|---|---|
| DATE: January 26, 2011 | By: | /s/ |
| | | Julie Wilensky |
| | | |
| | | Teresa S. Renaker |
| | | Lindsay Nako |
| | | Julie Wilensky |
| | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | | 476 9th Street |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND REVISING CASE MANAGEMENT DEADLINES
CASE NO. C10-04478 SBA                                                                                         PAGE 3

1
2    Oakland, CA  94607
     Telephone: (510) 839-6824
     Facsimile: (510) 839-7839
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND REVISING CASE MANAGEMENT DEADLINES
CASE NO. C10-04478 SBA                                              PAGE 4