1   Teresa S. Renaker – CA State Bar No. 187800
    trenaker@lewisfeinberg.com
2   Lindsay Nako – CA State Bar No. 239090
    lnako@lewisfeinberg.com
3   Julie Wilensky – CA State Bar No. 271765
    jwilensky@lewisfeinberg.com
4   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    476 9th Street
5   Oakland, CA  94607
    Telephone: (510) 839-6824
6   Facsimile: (510) 839-7839

7   J. TIMOTHY NARDELL – CA State Bar No. 184444
    tim@ncalegal.com
8   NARDELL CHITSAZ & ASSOCIATES LLP
    790 Mission Avenue
9   San Rafael, CA  94901
    Telephone: (415) 485-2200
10  Facsimilie: (415) 457-1420

11  Attorneys for Plaintiffs MARIO L. ORSOLINI
    and ANDREW M. LEVINE

12

                    IN THE UNITED STATES DISTRICT COURT
13
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN FRANCISCO DIVISION
15

16  MARIO L. ORSOLINI and ANDREW M.        )
    LEVINE,                                )   Case No. C10-04478 SBA
                                           )
17              Plaintiffs,                )   **STIPULATION AND  ORDER**
                                           )   **CONTINUING CASE MANAGEMENT**
18        v.                               )   **CONFERENCE**
                                           )   **AND REVISING CASE**
19  MEAD CLARK LUMBER CO. AKA MEAD         )   **MANAGEMENT DEADLINES**
    CLARK LUMBER COMPANY, INC. and         )
20  RANDAL J. DESTRUEL,                    )
                                           )
21              Defendants.                )
    _____    )
22

23        This Stipulation is made by and between Plaintiffs Mario L. Orsolini and Andrew M.

24  Levine ("Plaintiffs") and Defendants Mead Clark Lumber Co. AKA Mead Clark Lumber

25  Company, Inc., and Randal J. Destruel ("Defendants"), by and through their respective

26  counsel of record, with respect to the following facts:

27        WHEREAS, on January 24, 2011, the Court issued a Case Management Scheduling

28  STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
    CONFERENCE AND REVISING CASE MANAGEMENT DEADLINES
    CASE NO. C10-04478 SBA

1   Order (Docket No. 9);

2    WHEREAS, the Court's Case Management Scheduling Order states that the initial

3   Case Management Conference is scheduled for February 16, 2011, at 2:45 pm;

4    WHEREAS, counsel for Plaintiffs and counsel for Defendants will be traveling to

5   Savannah, Georgia on February 16, 2011 and will not be available to participate in a

6   telephone conference at 2:45 p.m. Pacific Time;

7    WHEREAS, counsel for Plaintiffs have confirmed that the Court is available for a

8   Case Management Conference on March 2, 2011, at 3:45 p.m.;

9    NOW, THEREFORE, the parties to this action, by and through their undersigned

10  attorneys, hereby stipulate as follows:

11    A. The parties shall confer, pursuant to Fed. R. Civ. P. 26(f), no later than

12     February 9, 2011;

13    C. Pursuant to this Court's Standing Order for Civil Cases, the parties' Joint

14     Case Management Statement shall be filed no later than February 18, 2011;

15    D. The parties shall exchange their initial disclosures, pursuant to Fed. R. Civ. P.

16     26(a), no later than February 23, 2011;

17    E. The Case Management Conference shall be scheduled for March 3, 2011, at

18     3:45 p.m. The parties shall **meet and confer** prior to the conference and shall

19     prepare a joint Case Management Conference Statement which shall be filed

20     no later than ten (10) days prior to the Case Management Conference  that

21     complies with the Standing Order For All Judges Of The Northern District Of

22     California and the Standing Order of this Court.  Plaintiffs shall be

23     responsible for filing the statement as well as for arranging the conference

24     call.  All parties shall be on the line and shall call (510) 637-3559 at the above

25     indicated date and time.

26

    The parties hereby so stipulate, and respectfully request that the Court so order.

27

28  STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
    CONFERENCE AND REVISING CASE MANAGEMENT DEADLINES
    CASE NO. C10-04478 SBA            PAGE 2

Dated: January 26, 2011

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By:      /s/ Julie Wilensky_____
Teresa S. Renaker
Lindsay Nako
Julie Wilensky

Dated: January 26, 2011

NARDELL CHITSAZ &
ASSOCIATES LLP

By:____/s/ J. Timothy Nardell_____
J. Timothy Nardell

*Attorneys for Plaintiffs*

Dated: January 26, 2011

TRUCKER HUSS, P.C.

By:      /s/ R. Bradford Huss_____
R. Bradford Huss
Virginia H. Perkins

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/31/11

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

**<u>ATTESTATION</u>**

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has

concurred in the filing of this document.

DATE: January 26, 2011

By:      /s/
Julie Wilensky

Teresa S. Renaker
Lindsay Nako
Julie Wilensky
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
476 9th Street

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND REVISING CASE MANAGEMENT DEADLINES
CASE NO. C10-04478 SBA                                             PAGE 3

Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839