UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MARIO L. ORSOLINI, *et al.*,<br><br>               Plaintiffs,<br>   v.<br>MEAD CLARK LUMBER CO., *et al.*,<br><br>               Defendants.<br>_____/ | No. C 10-04478 SBA (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: April 6, 2011

                                                                  LAUREL BEELER<br>
                                                                  United States Magistrate Judge