TERESA S. RENAKER (State Bar #187800)
LINDSAY NAKO (State Bar #239090)
JULIE WILENSKY (State Bar #271765)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone:  (510) 839-6824
Facsimile:   (510) 839-7839
Email: trenaker@lewisfeinberg.com
       lnako@lewisfeinberg.com
       jwilensky@lewisfeinberg.com

J. TIMOTHY NARDELL (State Bar #184444)
NARDELL CHITSAZ & ASSOCIATES LLP
790 Mission Avenue
San Rafael, California 94901
Telephone: (415) 485-2200
Facsimile:  (415) 457-1420
Email: tim@ncalegal.com

Attorneys for Plaintiffs MARIO L. ORSOLINI and
ANDREW M. LEVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIO L. ORSOLINI and ANDREW M. LEVINE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MEAD CLARK LUMBER CO. AKA MEAD CLARK LUMBER COMPANY, INC., and RANDAL J. DESTRUEL,<br><br>　　　　　Defendants. | Case No. C-10-04478 SBA<br><br>**ORDER APPROVING CLASS NOTICE AND REQUIRING DISTRIBUTION TO CLASS MEMBERS** |

1  Based on the Order Certifying Class Action entered by this Court on June 14, 2011 (Docket No. 30),

IT IS HEREBY ORDERED THAT:

1. The Court approves Class Notice substantially conforming to the Class Notice prepared by Plaintiffs Mario L. Orsolini and Andrew M. Levine, and filed as Exhibit A hereto, as the best notice that is practicable under the circumstances.

2. Within five (5) business days following the entry of this Order, Defendants Mead Clark Lumber Co. AKA Mead Clark Lumber Company, Inc., and Randal J. Destruel will provide directly to Class Counsel a list (in electronic form) containing the names and last known addresses of all individuals who may potentially be Class Members.

3. Within fourteen (14) days after the receipt of such information, Class Counsel will ensure that notices substantially conforming to the Class Notice prepared by Plaintiffs and filed as Exhibit A hereto have been mailed to all potential Class Members.

4. The cost of preparing and mailing the Class Notice will be borne by the Named Plaintiffs.

Dated: 10/13/11

_____
Honorable Saundra Brown Armstrong
United States District Court Judge
Northern District of California