UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIO L. ORSOLINI and ANDREW M. LEVINE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MEAD CLARK LUMBER CO. AKA MEAD CLARK LUMBER COMPANY, INC., and RANDAL J. DESTRUEL,<br><br>          Defendants. | Case No: C 10-4478 SBA<br><br>**ORDER RE STIPULATION TO MODIFY PRETRIAL SCHEDULE**<br><br>Docket 34 |

The parties have submitted a stipulation indicating that they have agreed to participate in a private mediation scheduled for December 9, 2011. In the interests of judicial economy, the parties have indicated that they would like to defer engaging in expert discovery until after the mediation. In addition, the parties request that the Court continue all other pretrial deadlines (except for fact discovery) to accommodate the mediation. Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     The deadline for expert disclosures is CONTINUED from December 19, 2011 to January 31, 2012;

2.     The deadline for expert discovery cut-off is CONTINUED from January 30, 2012 to March 16, 2012;

3.     The pretrial conference scheduled for May 12, 2012, the trial date of May 21, 2012, and associated deadlines for filing pretrial documents, motions in limine and objections to evidence are VACATED. To reschedule these deadlines and dates, the parties shall appear

1  for a telephonic Case Management Conference on **January 19, 2012 at 2:30 p.m.**  Prior to
2  the date scheduled for the conference, the parties shall meet and confer and prepare a joint
3  Case Management Conference Statement.  Plaintiffs are responsible for filing joint
4  statement no less than seven (7) days prior to the conference date.  The joint statement shall
5  comply with the Standing Order for All Judges of the Northern District of California and
6  the Standing Orders of this Court.  Plaintiffs are responsible for setting up the conference
7  call.  On the specified date and time, Plaintiffs shall call (510) 637-3559 with all parties on
8  the line.
9       IT IS SO ORDERED.
10 Dated:  November 15, 2011
   _____
   SAUNDRA BROWN ARMSTRONG
   United States District Judge