UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORSOLINI ET AL                             No. C-10-04478 SBA (DMR)

     Plaintiff(s),                   **ORDER VACATING SETTLEMENT CONFERENCE**

    v.

MEAD CLARK LUMBER CO. ET AL

     Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

        The parties have filed a notice and stipulation regarding the agreement of settlement in this matter and requesting that the Settlement Conference before Magistrate Judge Donna M. Ryu be vacated. Doc. no. 41. Therefore, you are hereby notified that the Settlement Conference set for **April 9, 2012** is VACATED.

Dated: March 27, 2012

                                                            DONNA M. RYU
                                                            United States Magistrate Judge