IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIO L. ORSOLINI and ANDREW M. LEVINE,<br><br>        Plaintiffs,<br><br>   vs.<br><br>MEAD CLARK LUMBER CO. AKA MEAD CLARK LUMBER COMPANY, INC., and RANDAL J. DESTRUEL,<br><br>        Defendants. | Case No. C-10-04478 SBA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS FOR NAMED PLAINTIFFS** |

This matter comes before the Court on the Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards to Named Plaintiffs. The Court preliminarily approved the proposed Settlement in this case on April 17, 2012 ("Preliminary Approval Order"). (Dkt. 43.) Pursuant to the Court's Preliminary Approval Order and the Notice provided to the Class, the Court conducted a fairness hearing under Fed. R. Civ. P. 23(e) on July 24, 2012. The Court has reviewed the materials submitted by the parties, and has heard arguments presented at such hearing.

For the reasons cited on the record as well as those stated hereafter, the Court finds and orders as follows:

1. The Court finds that notice of the requested award of attorneys' fees and reimbursement of costs and expenses was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure. Class Members and any party from whom payment is sought have been given the opportunity to object pursuant to Rule 23(h)(2) of the Federal Rules of Civil Procedure, and no objections to the requested fees or

1 expenses have been filed.

2     2.    The Court finds that the attorneys' fees request is reasonable, and the costs and expenses incurred by Class Counsel, including costs associated with distribution of the Notice to Class Members and settlement expenses, are reasonable. Thus, the Court awards Class Counsel attorneys' fees and costs and expenses in the amount of 25 percent of the cash portion of the common fund, or $200,000, and costs and expenses incurred, of $23,780.03.

    3.    The Court finds that notice of the requested awards of $5,000 to Class Representatives Mario L. Orsolini and Andrew M. Levine was directed to Class Members in a reasonable manner. Class Members and any party from whom payment is sought have been given the opportunity to object, and no objections to the requested awards have been filed.

    4.    The Court approves the payment of $5,000 to Class Representatives Orsolini and Levine. This payment is for their service on behalf of the Class, which required substantial time and effort, as detailed in the papers submitted by Class Counsel. This payment is in addition to any portion of the Settlement Amount allocated to the Class Representatives' Plan accounts under the terms of the Settlement Agreement. The Court orders that these payments be paid to Mr. Orsolini and Mr. Levine in accordance with the terms of the Settlement Agreement.

    IT IS SO ORDERED.

Dated: 7/24/12

_____
Hon. Saundra B. Armstrong
United States District Judge