IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIO L. ORSOLINI and ANDREW M. LEVINE,<br><br>        Plaintiffs,<br><br>   vs.<br><br>MEAD CLARK LUMBER CO. AKA MEAD CLARK LUMBER COMPANY, INC., and RANDAL J. DESTRUEL,<br><br>        Defendants. | Case No. C-10-04478 SBA<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS TO NAMED PLAINTIFFS; AND ENTRY OF FINAL JUDGMENT** |

      The Parties,[1] having filed their Stipulation and Agreement of Settlement ("Settlement") on March 16, 2012, the terms of which are incorporated in their entirety by this reference, and upon consideration of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards to Named Plaintiffs, and supporting memoranda and declarations (collectively, the "Motions");

      The Court having entered an Order Preliminarily Approving Class Action Settlement, Directing Notice to Class, and Setting Final Approval and Fairness Hearing (the "Preliminary Approval Order") on April 17, 2012 (Dkt. No. 43), which specified the manner in which Class Counsel was to provide notice of the proposed Settlement to the Class and scheduled a hearing at which the Court would determine whether to approve the Settlement;

      The Court having found that the Class received valid, due, and sufficient notice in conformity with the requirements of Rule 23 of the Federal Rules of Civil Procedure;

      A Final Approval and Fairness Hearing having been held on July 24, 2012, at which all interested persons were given a full opportunity to object to, or be heard regarding, the Settlement, and the Court having read and fully considered all submissions made in connection

---

[1] The initial capitalization of a term indicates its usage as defined in the Settlement.

with the proposed Settlement;

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

      1.     The Court has jurisdiction over the Litigation and over all Parties in the Litigation pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

      2.     In accordance with the Court's Preliminary Approval Order, notice was timely given by mail to all members of the Class who could be identified and whose addresses could be ascertained with reasonable effort. The form and manner of delivery to the Class met the requirements of Rule 23 and due process, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all members of the Class.

      3.     The motion for final approval of the Settlement is hereby GRANTED. The Court has reviewed the Settlement, the Settlement Fund of $800,000, and all related terms and conditions, and finds them fair, reasonable, and adequate in all respects. The parties to the Settlement are authorized and directed to consummate the Settlement and to perform under the terms of the Settlement. The Litigation is dismissed on the merits with prejudice. This dismissal shall and does include any and all claims that were asserted in the Complaint, or are expressly covered by the Settlement.

      4.     Named Plaintiffs and each of the Class Members, individually and on behalf of the Releasing Persons, fully, completely, and finally settle and discharge the Settled Claims.

      5.     The Named Plaintiffs and each and every Class Member shall be bound by the Settlement, shall have exclusive recourse to the benefits, rights, and remedies provided by the Settlement regarding the Settled Claims, and shall be precluded from pursuing any other action, demand, suit or other claim, in any judicial or administrative forum whatsoever, against the Released Persons with respect to the Settled Claims.

      6.     The Mead Clark Lumber Co. 401(k) Profit Sharing Plan (the "Plan") shall be deemed to have fully, completely, and finally settled and discharged the Released Claims. The Plan shall be bound by the Settlement, shall have exclusive recourse to the benefits, rights, and remedies provided by the Settlement, and shall be precluded from pursuing any other action, demand, suit, or other claim, in any judicial or administrative forum whatsoever, against the

Released Persons with respect to the Settled Claims.

7. Defendants shall implement the Settlement in accordance with Paragraphs 2.e, 9.d-g, and 10 of the Settlement.

8. The Plan of Allocation preliminarily approved by the Court and described in the Settlement Notice is hereby APPROVED.

9. Luckhardt Benefit Consultants, the Plan's current third-party administrator, will distribute the Net Settlement Amount according to the Plan of Allocation.

10. The request for incentive awards to each of the Named Plaintiffs, to be paid from the Settlement Amount, is hereby GRANTED in the amount of $5,000 each. In accordance with the terms of the Settlement, such incentive awards shall be paid within fifteen calendar days of Effective Final Approval.

11. For the reasons set forth in Plaintiffs' motion for an award of attorneys' fees and reimbursement of litigation costs, that motion is hereby GRANTED and Class Counsel is awarded $200,000 in attorneys' fees and $23,780.03 in costs, to be paid from the Settlement Amount. In accordance with the terms of the Settlement, such awards of attorneys' fees and reimbursement of litigation costs shall be paid within fifteen calendar days of Effective Final Approval.

12. The Court reserves jurisdiction over all parties for the purpose of taking any actions as may be necessary to administer, implement, or enforce the Settlement and this Order.

There is no just reason for delay in the entry of this Order Granting Final Approval of Class Action Settlement; Attorneys' Fees, Costs, and Incentive Awards to Named Plaintiffs; and Entry of Final Judgment. The Clerk of the Court is directed to enter final judgment in this action pursuant to Rule 58.

IT IS SO ORDERED.

Dated: 7/24/12_____

_Saundra B. Armstrong_____
Hon. Saundra B. Armstrong
United States District Judge

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS TO NAMED PLAINTIFFS; AND ENTRY OF FINAL JUDGMENT
[Case No. C-10-04478 SBA]

2