TERESA S. RENAKER (State Bar #187800)
LINDSAY NAKO (State Bar #239090)
JULIE WILENSKY (State Bar #271765)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: trenaker@lewisfeinberg.com
       lnako@lewisfeinberg.com
       jwilensky@lewisfeinberg.com

J. TIMOTHY NARDELL (State Bar #184444)
NARDELL CHITSAZ & ASSOCIATES LLP
790 Mission Avenue
San Rafael, California 94901
Telephone: (415) 485-2200
Facsimile: (415) 457-1420
Email: tim@ncalegal.com

Attorneys for Plaintiffs and the Class

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIO L. ORSOLINI and ANDREW M. LEVINE,<br><br>Plaintiffs,<br><br>vs.<br><br>MEAD CLARK LUMBER CO. AKA MEAD CLARK LUMBER COMPANY, INC., and RANDAL J. DESTRUEL,<br><br>Defendants. | Case No. C-10-04478 SBA<br><br>[PROPOSED] **FINAL JUDGMENT** |

1 **[PROPOSED]** **FINAL JUDGMENT**

2   Pursuant to the Court's July 25, 2012 Order Granting Final Approval of Class Action
3 Settlement; Attorneys' Fees, Costs, and Incentive Awards to Named Plaintiffs; and Entry of Final
4 Judgment (Dkt. 48), and Order Granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive
5 Awards for Named Plaintiffs (Dkt. 47), it is hereby ordered that judgment in this matter is entered in
6 accordance with the Order Granting Final Approval of Class Action Settlement; Attorneys' Fees, Costs,
7 and Incentive Awards to Named Plaintiffs; and Entry of Final Judgment, and the Parties' Stipulation
8 and Agreement of Settlement.

9   The above-captioned action is dismissed with prejudice.

11   IT IS SO ORDERED.

13 Dated: 8/13/1

15   Hon. Saundra B. Armstrong
   United States District Judge